JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. **II** | Investigating Agency **FBI** |

**City**   Boston, Elsewhere

**County**   Suffolk, Elsewhere

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   21-MJ-2029 through 2040-MBB
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Gyulnara Bayryshova                        Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) _____

Birth date (Yr only): 1965   SSN (last4#): 1923   Sex F   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Laura J. Kaplan                  Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   10

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   02/03/2021              Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Gyulnara Bayryshova   _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit mail fraud and health care fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1341 and 2 | Mail fraud, aiding and abetting | 2-9 |
| Set 3 | 18 U.S.C. §§ 1347 and 2 | Health care fraud, aiding and abetting | 10 |
| Set 4 | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7); 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No.  **II**            Investigating Agency   **FBI**

**City**    Boston, Elsewhere          Related Case Information:

**County**   Suffolk, Elsewhere        Superseding Ind./ Inf. _____ Case No. _____
                                       Same Defendant _____ New Defendant _____
                                       Magistrate Judge Case Number
                                       Search Warrant Case Number    21-MJ-2029 through 2040-MBB
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Slava Pride                    Juvenile:      ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name       _____

Address          (City & State)

Birth date (Yr only): 1980   SSN (last4#): 2725   Sex M    Race: _____   Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Laura J. Kaplan          Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony  13

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   02/03/2021          Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Slava Pride _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit mail fraud and health care fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1341 and 2 | Mail fraud, aiding and abetting | 2-9 |
| Set 3 | 18 U.S.C. §§ 1347 and 2 | Health care fraud, aiding and abetting | 10 |
| Set 4 | 18 U.S.C. § 1035 | False statements in connection with health care benefit programs | 11-13 |
| Set 5 | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7); 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   **II**          **Investigating Agency**   **FBI**

**City**    Boston, Elsewhere          **Related Case Information:**

**County**    Suffolk, Elsewhere          Superseding Ind./ Inf. _____ Case No. _____
                                          Same Defendant _____ New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number    21-MJ-2029 through 2040-MBB
                                          R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    Anna Barenboym          Juvenile:          ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name    _____

Address    (City & State)

Birth date (Yr only): 1976    SSN (last4#): 9195    Sex F    Race: _____    Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Laura J. Kaplan          Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  13

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    02/03/2021          Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anna Barenboym _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  18 U.S.C. § 1349 | Conspiracy to commit mail fraud and health care fraud | 1 |
| Set 2  18 U.S.C. §§ 1341 and 2 | Mail fraud, aiding and abetting | 2-9 |
| Set 3  18 U.S.C. §§ 1347 and 2 | Health care fraud, aiding and abetting | 10 |
| Set 4  18 U.S.C. § 1035 | False statements in connection with health care benefit programs | 14-16 |
| Set 5  18 U.S.C. §§ 981(a)(1)(C), 982(a)(7); 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  __II__          Investigating Agency  __FBI__

**City**  __Boston, Elsewhere__          **Related Case Information:**

**County**  __Suffolk, Elsewhere__          Superseding Ind./ Inf.  _____  Case No.  _____
                                         Same Defendant          _____  New Defendant  _____
                                         Magistrate Judge Case Number  _____
                                         Search Warrant Case Number  __21-MJ-2029 through 2040-MBB__
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Raya Bagardi__          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  __(City & State)__ _____

Birth date (Yr only): __1985__  SSN (last4#): __1565__  Sex __F__     Race: _____     Nationality: _____

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____                          _____

**U.S. Attorney Information:**

**AUSA**  __Laura J. Kaplan__          Bar Number if applicable  _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☑ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____  in  _____.
☐ Already in State Custody at  _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  __02/03/2021__          Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Raya Bagardi _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit mail fraud and health care fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1341 and 2 | Mail fraud, aiding and abetting | 2-9 |
| Set 3 | 18 U.S.C. §§ 1347 and 2 | Health care fraud, aiding and abetting | 10 |
| Set 4 | 18 U.S.C. § 1035 | False statements in connection with health care benefit programs | 17-19 |
| Set 5 | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7); 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____